UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       Case No. 06-CR-20411-4

DERRICK YOUNG,

        Defendant.

_____/

## ORDER FOR RESPONSE

On January 17, 2012, Defendant Derrick Young filed a "Motion to Vacate, Set Aside or Correct Sentence under 28 USC §2255".

Government's response is to be filed by **February 28, 2012.** Defendant's reply, if any is to be filed by **March 27, 2012.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: January 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 26, 2012, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522